■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAKEECE GREEN, Appellant. [59 NYS3d 900]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered June 23, 2015, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court providently exercised its discretion in denying the defendant youthful offender treatment (*see* CPL 720.20 [1]; *People v Gilliard*, 150 AD3d 1147 [2017]; *People v Morse*, 144 AD3d 710, 710 [2016]; *People v Bae*, 137 AD3d 804, 804 [2016]; *People v Jones*, 118 AD3d 912, 914 [2014]). Moreover, the sentence imposed was not excessive (*see People v Morse*, 144 AD3d at 710; *People v Suitte*, 90 AD2d 80, 85-86 [1982]). Austin, J.P., Hinds-Radix, Duffy and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL G. JACKSON, Appellant. [59 NYS3d 904]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Melendez, J.), imposed December 14, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Brown*, 122 AD3d 133, 141 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 86 [1982]). Eng, P.J., Hall, Sgroi, Maltese and Connolly, JJ., concur.